

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00232-CR

## EX PARTE MARK EDWIN HARDESTY

**From the 40th District Court
Ellis County, Texas
Trial Court No. 20696CR**

## MEMORANDUM OPINION

Mark Edwin Hardesty attempted to appeal to this Court the Court of Criminal Appeal's June 2, 2010 denial of his statutory writ of habeas corpus. This Court does not have jurisdiction to review the ruling of the Court of Criminal Appeals. *See* TEX. CONST. ART. V, § 6(a).

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed July 7, 2010
Do not publish
[CR25]